# EXHIBIT A-1















































































