# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-064-975**

**Effective Date of Registration:**
July 11, 2014

## Title

**Title of Work:** From Frank 2014 New Product Collection

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Katharine Clark Smith
  **Author Created:** text, photograph(s), artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Katharine Clark Smith
1000 Wea Ave., Lafayette, IN, 47905, United States

## Rights and Permissions

**Organization Name:** From Frank LLC
**Name:** Katharine Clark Smith
**Email:** kate@greetingsfromfrank.com
**Telephone:** (765)426-5918
**Address:** 1000 Wea Ave.
Lafayette, IN 47905 United States

## Certification

**Name:** Katharine Clark Smith
**Date:** July 11, 2014

Page 1 of 1