AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FROM FRANK, LLC

| | |
|---|---|
| CASE NUMBER: | 1:16-cv-03356 |
| ASSIGNED JUDGE: | Rebecca R. Pallmeyer |
| DESIGNATED MAGISTRATE JUDGE: | Jeffrey T. Gilbert |

V.

HOT PROPERTIES! MERCHANDISING, INC.

TO: (Name and address of Defendant)

Hot Properties! Merchandising, Inc.,
c/o Jim Tsukahira, Agent for Service of Process
7207 McCool Avenue
Los Angeles, CA 90045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn A. Feiereisel
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

March 16, 2016

DATE

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 1:16-CV-03356

Plaintiff:
**From Frank, LLC**
vs.
Defendant:
**Hot Properties! Merchandising, Inc.**

Received by EXPRESS PROCESS SERVICE, INC. on the 17th day of March, 2016 at 4:24 pm to be served on **Hot Properties! Merchandising, Inc. c/o Jim Tsukahira, Agent for Servie of Process, 7207 McCool Ave, Los Angeles, CA 90045**. I, __Johnny Rosenfeld__, being duly sworn, depose and say that on the __19th__ day of __March__, 20__16__ at __9:21__ p.m., executed service by delivering a true copy of the **Summons in a Civil Case, Complaint and Jury Demand with Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving __Jim Tsukahira__ as __Authorized Agent__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age __45__ Sex (M) F Race __Asian__ Height __6'2__ Weight __210__ Hair __Black__ Glasses Y (N)

## AFFIDAVIT OF SERVICE For 1:16-CV-03356

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 21 day of March, 2016 by the affiant who is personally known to me.

_Reshef Joya_
NOTARY PUBLIC

_Johnny Rosenfeld_
PROCESS SERVER # 20141168024
Appointed in accordance with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
41 South Post Road
Indianapolis, IN 46219
(317) 890-1055

Our Job Serial Number: 2016000746

Copyright © 1992-2013 Database Services, Inc - Process Server's Toolbox V7.0r



RUSSELL LOZA
COMM. #2017216
Notary Public - California
Los Angeles County
My Comm. Expires Apr. 1, 2017